EMIL PETROSSIAN - State Bar No. 264222
epetrossian@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

Attorneys for Plaintiff
NEOLOGY, INC.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability corporation; and DOES 1 to 20, inclusive,<br><br>             Defendants. | CASE NO.: 3:25-cv-1744-BEN-DEB<br><br>**PLAINTIFF NEOLOGY, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO CIV. L.R. 40.2** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2, Plaintiff Neology, Inc. states that it is a wholly-owned subsidiary of OEP Neology Parent, Inc. and that there is no publicly held corporation which owns 10% or more of its stock.

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2, Plaintiff Neology, Inc. certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Neology, Inc.

Joseph N. Mullis.

QORE4 LLC

| | |
|---|---|
| DATED: July 8, 2025 | Respectfully submitted,<br><br>GLASER WEIL FINK HOWARD<br>  JORDAN & SHAPIRO LLP<br><br>By: */s/ Emil Petrossian*<br>Emil Petrossian<br>Alexander R. Miller<br>GLASER WEIL FINK HOWARD<br>JORDAN & SHAPIRO LLP<br>600 West Broadway, Suite 2850<br>San Diego, CA 92101<br>Tel: (619) 765-4380<br>epetrossian@glaserweil.com<br>amiller@glaserweil.com<br><br>Robert Haney, Jr. (*Pro Hac Vice* Forthcoming)<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 812-0399<br>rhaney@foleyhoag.com<br><br>Leah Rizkallah (*Pro Hac Vice* Forthcoming)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel: (617) 832-1000<br>lrizkallah@foleyhoag.com<br><br>*Attorneys for Plaintiff*<br>NEOLOGY, INC. |