# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Neology, Inc. | Case No. 25CV1744-BEN-DEB |
| **Plaintiff,** | |
| V. | **NOTICE OF RELATED CASE** |
| Joseph N. Mullis | |
| **Defendant.** | |

### REPORT OF CLERK PURSUANT TO RELATED CASE

Re:  "Low-Numbered" Case No.: 24CV1334-JES-MSB

Title: Mullis v. J.P. Morgan Chase & Co. et al

The above "low-numbered" case and the present case appear to be related.

Within 7 days of receiving service of this document, or within 7 days of first appearing in this case, whichever is later, any party may file and serve an Objection pursuant to Civ. LR 40.1.g.  Any other party may file a Reply within 7 days of such Objection.

The judges assigned to the cases identified as related will decide if the cases are related within 7 days after the response is due.  If all of the judges agree that the appropriate criteria are met, a Low Number Order will issue.

Dated: 7/9/25

**John Morrill**, Clerk of Court,

By: s/ J. Petersen

J. Petersen, Deputy