# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Neology, Inc.

                      **Plaintiff,**

V.

Joseph N. Mullis

                      **Defendant.**

Case No. 25CV1744-BEN-DEB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   24CV1334-JES-MSB

Title:   Mullis v. J.P. Morgan Chase & Co. et al

Nature of Case:   28:1446fr Notice of Removal - Fraud

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

New Case #:   25CV1744-JES-MSB

This case was transferred pursuant to the Low-Number Rule.  The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 7/14/25       By: s/ J. Petersen

J. Petersen, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 07/14/2025

James E. Simmons, Jr.
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge James E. Simmons, Jr. and Magistrate Judge Michael S. Berg for all further proceedings.

Dated: 07/15/2025

Roger T. Benitez
United States District Judge