| | |
|---|---|
| 1 | Nicholas S. Kawuka, Bar No. 297579 |
| 2 | nkawuka@swlaw.com<br>SNELL & WILMER L.L.P. |
| 3 | 3611 Valley Centre Drive, Suite 500<br>San Diego, California 92130-3324 |
| 4 | Telephone: 858.434.5020<br>Facsimile:  858.434.5006 |
| 5 | *Attorneys for Defendants* |
| 6 | *QORE4 LLC and Joseph N. Mullis* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 25CV1744 JES MSB<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Date:<br>Time:<br>Dept:<br><br>Complaint Filed: July 8, 2025<br>Trial Date: None Set |

Pursuant to Civil Local Rule 12.1 and Federal Rule of Civil Procedure 6(b), Plaintiff Neology, Inc. ("Plaintiff") and Defendants Joseph N. Mullis and QORE4 LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its Complaint in this action on July 8, 2025;

WHEREAS Defendants were served with the Complaint by August 6, 2025;

WHEREAS based on the date of service, Defendants' deadline to respond to the Complaint is no later than August 27, 2025;

WHEREAS the Parties have agreed to extend Defendants' deadline to respond

STIPULATION
CASE NO. 25CV1744 JES MSB

4923-1408-0865
4929-4128-4450

to the Complaint up to and including September 18, 2025, and believe there is good cause for that to enable the Parties to explore early resolution of this dispute;

WHEREAS this is the first requested extension of Defendants' deadline to respond to the Complaint;

NOW THEREFORE, the Parties hereby stipulate, and jointly move the Court for an Order approving the Parties' request to extend the time by which Defendants must respond to Plaintiffs' Complaint to September 18, 2025.

IT IS SO STIPULATED.

Dated:  August 22, 2025                                      SNELL & WILMER L.L.P.


By:*/s/ Nicholas S. Kawuka*

Nicholas S. Kawuka

*Attorneys for Defendants*
*QORE4 LLC and Joseph N. Mullis*

| | |
|---|---|
| Dated: August 22, 2025 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| | By: /s/ *Alexander R. Miller* |
| | Emil Petrossian |
| | Alexander R. Miller |
| | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| | 600 West Broadway, Suite 2850 |
| | San Diego, California 92101 |
| | Tel: (619) 765-4380 |
| | epetrossian@glaserweil.com |
| | amiller@glaserweil.com |
| | |
| | Robert Haney, Jr. (Admitted *Pro Hac Vice*) |
| | FOLEY HOAG LLP |
| | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| | Tel: (212) 812-0399 |
| | rhaney@foleyhoag.com |
| | |
| | Leah Rizkallah (Admitted *Pro Hac Vice*) |
| | FOLEY HOAG LLP |
| | 155 Seaport Boulevard |
| | Boston, MA 02210 |
| | Tel: (617) 832-1000 |
| | lrizkallah@foleyhoag.com |
| | |
| | *Attorneys for Plaintiff* |
| | *NEOLOGY, INC.* |

**ATTESTATION OF E-FILED SIGNATURES**

I, Nicholas S. Kawuka, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation Extending Defendant's Time to Answer Complaint and Proposed Order. In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all counsel whose signatures are shown above have concurred in this filing.

/s/ *Nicholas S. Kawuka*
Nicholas S. Kawuka
Attorney for Defendants
E-mail: nkawuka@swlaw.com