Nicholas S. Kawuka, Bar No. 297579
nkawuka@swlaw.com
SNELL & WILMER L.L.P.
3611 Valley Centre Drive, Suite 500
San Diego, California 92130-3324
Telephone:  858.434.5020
Facsimile:   858.434.5006

*Attorneys for Defendants*
*QORE4 LLC and Joseph N. Mullis*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 25CV1744 JES MSB<br><br>**DECLARATION OF NICHOLAS S. KAWUKA IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  July 8, 2025<br>Trial Date:  None Set |

I, Nicholas S. Kawuka, declare as follows:

1.      I am an attorney and member in good standing of the State Bar of California. I am an attorney in the law firm of Snell & Wilmer L.L.P., counsel of record in this action for defendants Joseph N. Mullis and QORE4 LLC (collectively, "Defendants"). I submit this declaration in support of the Joint Motion and Stipulation to Extend Time to Respond to the Complaint. Except where noted to be otherwise, I state the following of my own knowledge, and if called upon to do so, could, and would, testify competently to the following.

DEC OF N. KAWUKA ISO JOINT MOTION
AND STIP TO EXTEND TIME TO
RESPOND TO THE COMPLAINT
CASE NO. 25CV1744 JES MSB

4923-1408-0865
4902-3484-5794

SNELL & WILMER

2.     Plaintiff filed the Complaint in this action on July 8, 2025. Defendants were served with the Complaint by August 6, 2025, making their current deadline to respond August 27, 2025.

3.     The Parties have agreed to extend Defendants' deadline to respond to the Complaint to September 18, 2025. This extension is requested to allow the Parties to explore early resolution of this dispute, which may conserve judicial resources and avoid unnecessary motion practice.

4.     This is the first request for an extension of Defendants' deadline to respond to the Complaint. No party will be prejudiced by the requested extension, and the extension is not sought for purposes of delay.

5.     Good cause exists for the requested extension because it will facilitate meaningful discussions between the Parties regarding potential early resolution, which may obviate the need for further litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 22, 2025                    SNELL & WILMER L.L.P.


                                           By: */s/ Nicholas S. Kawuka*

                                           Nicholas S. Kawuka

                                           *Attorneys for Defendants*
                                           *QORE4 LLC and Joseph N. Mullis*

- 2 -

DEC OF N. KAWUKA ISO JOINT MOTION
AND STIP TO EXTEND TIME TO
RESPOND TO THE COMPLAINT
CASE NO. 25CV1744 JES MSB

4923-1408-0865
4902-3484-5794