UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, QORE4 LLC, and DOES 1 to 20,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:25-cv-01744-JES-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** |

The parties' Joint Motion for Extension of Time to File Answer to Complaint, ECF No. 12, is **GRANTED**. Defendants' deadline to answer, or otherwise respond, to Plaintiff's complaint is now September 18, 2025.

**IT IS SO ORDERED**.

Dated:  August 22, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge