EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tel.: (619) 765-4380

*Attorneys for Plaintiff*
NEOLOGY, INC.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 25CV1744 JES BJW<br><br>**DECLARATION OF ROBERT HANEY** |

**DECLARATION OF ROBERT HANEY**

I, Robert Haney, declare:

1. I am an attorney with Foley Hoag LLP, counsel for Plaintiff Neology, Inc. ("Neology") in this action.

2. I have personal knowledge of the matters set forth herein unless otherwise stated, and I could and would testify competently to the following. I make this declaration in support of Neology's *Ex Parte* Application for Expedited Discovery (the "application").

3. Neology has made significant efforts to attempt to find a connection between Joseph Mullis ("Mr. Mullis") and QORE4, LLC ("QORE4," with Mr. Mulls, "Named Defendants"), on the one hand, and Doe Defendants, on the other, to no avail.

4. First, on April 14, 2025, I sent a letter to consumerprotectionadvocates7@gmail.com, the email address which sent the disparaging and tortious emails to Neology's customers, seeking information about the organization, including its organizational structure, the identity of executive officers and Board members involved, the contact and location information, including street address, email address, phone numbers and website, for the entity, and whether it was associated with, funded by, or has any members associated with any of Neology's competitors or industry participants.

5. On April 15, 2025, Consumer Protection Advocates responded through the same email address stating that it "respectfully decline[s] [Neology's] request for organizational identification."

6. Second, also on April 14, 2025, I sent a letter to Mr. Mullis's former counsel asking whether Mr. Mullis or QORE4 had any knowledge of and/or involvement with Consumer Protection Advocates or the letters sent to Neology's customers that are at issue in this lawsuit. I sought response by April 21, 2025 but, to date, have received no response.

7. Third, prior to filing the complaint, Foley Hoag sought to identify information about the entity Consumer Protection Advocates and the G-Mail address it

used. This involved searching for online presence for both the entity and its email address, performing an IRS search, performing a corporate search across states, and using an email tracer to search for any companies or agencies using the email address consumerprotectionadvocates7@gmail.com to no avail.

8. Specifically, we ran searches for the terms "Consumer Protection Advocates" and "consumerprotectionadvocates7@gmail.com" across Google and other databases but found no relevant hits.

9. Foley Hoag's Research Services Team also ran a corporate search with the IRS and reported they found no 501(c)(3) entity going by the name of Consumer Protection Advocates. The Research Services Team conducted additional corporate searches across jurisdictions looking for the same, which they report yielded nothing relevant.

10. The Research Services Team further confirmed that Google does not provide any information about the G-Mail address. The Research Services Team also informed me that they were unable to find the relevant G-Mail address either on a reverse email tracer or through Google searches.

11. Fourth, after filing the complaint but before filing this motion, I asked Named Defendants' counsel whether Named Defendants were involved in or had information about Consumer Protection Advocates and its identity. I informed counsel that unless this information was provided, Neology would need to file its application for expedited discovery. Named Defendants' counsel did not provide this information (or deny the defendants' involvement).

12. Attached as **Exhibit A** is a true and correct copy of the proposed interrogatories Neology seeks to serve on Named Defendants.

13. I informed opposing counsel that Neology intended to file the referenced application. Despite good faith effort to resolve this dispute, including seeking the information sought by this application outside the litigation process, the Parties were

unable to resolve this dispute. Counsel for Named Defendants has indicated that they do not consent to this application.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on October 6, 2025 in New York, New York.

By: *[signature]*

Robert Haney