1  Nicholas S. Kawuka, Bar No. 297579
   nkawuka@swlaw.com
2  SNELL & WILMER L.L.P.
   3611 Valley Centre Drive, Suite 500
3  San Diego, California 92130-3324
   Telephone: 858.434.5020
4  Facsimile:  858.434.5006

5  *Attorneys for Defendants*
   *QORE4 LLC and Joseph N. Mullis*
6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | NEOLOGY, INC., a Delaware corporation, | Case No. 25CV1744 JES BJW |
|---|---|---|
| 12 | | **JOINT MOTION AND STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive, | |
| 16 | | Complaint Filed: July 8, 2025 |
| 17 | Defendants. | Trial Date: None Set |

STIPULATION
CASE NO. 25CV1744 JES MSB

4923-1408-0865
4931-7130-2772

1   Pursuant to Civil Local Rule 12.1 and Federal Rule of Civil Procedure 6(b), Plaintiff Neology, Inc. ("Plaintiff") and Defendants Joseph N. Mullis and QORE4 LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint in this action on July 8, 2025;

WHEREAS, Defendants were served with the Complaint by August 6, 2025;

WHEREAS, based on the date of service, Defendants' initial deadline to respond to the Complaint was no later than August 27, 2025;

WHEREAS, the Parties previously agreed to extend Defendants' deadline to respond to the Complaint up to and including September 18, 2025, to facilitate exploring resolution;

WHEREAS, the Parties previously agreed to extend Defendants' deadline to respond to the Complaint up to and including October 9, 2025, to further facilitate exploring resolution;

WHEREAS, the Parties agreed to extend Defendants' deadline to respond to the Complaint up to and including October 30, 2025, to accommodate further settlement discussions, and Plaintiff's then-anticipated motion for expedited discovery and anticipated amended complaint following such discovery;

WHEREAS, on October 6, 2025, Plaintiff filed an *ex parte* application for expedited discovery, and Judge Brian J. White thereafter set an informal discovery conference on Plaintiff's *ex parte* application for expedited discovery;

WHEREAS, on October 16, 2025, Judge Brian J. White held the informal discovery conference, and issued a tentative ruling granting the *ex parte* application for expedited discovery in part to identify the Doe defendants (but limiting the scope of such discovery) to enable Plaintiff to amend the pleadings to name the Doe defendants;

WHEREAS, Plaintiff served the expedited discovery on October 21, 2025 and Defendants agreed to the form of the discovery and further agree to respond to the discovery within 15 days of service;

WHEREAS, Plaintiff agrees to file an amended complaint, if any, within thirty days of service of Defendants' response to the expedited discovery;

WHEREAS, the Parties agree that it would be more efficient for Plaintiff to first obtain any discovery responses and amend the current Complaint to name any Doe defendants, if at all, prior to Defendants' response to the Complaint;

WHEREAS, this is the fourth requested extension of Defendants' deadline to respond to the Complaint.

NOW, THEREFORE, the Parties hereby stipulate and jointly move the Court for an order: (1) approving the Parties' request to vacate the current deadline to respond to the current Complaint; (2) ordering Defendants respond to the expedited discovery within 15 days of service of the expedited discovery; (3) ordering that Plaintiff file an amended complaint, if any, within 30 days of service of Defendants' responses to the expedited discovery; and (4) ordering that Defendants respond to the amended Complaint, if any, as provided under Rule 15 of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: October 29, 2025 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By:*/s/ Nicholas S. Kawuka* |
| 4 | | Nicholas S. Kawuka |
| 5 | | *Attorneys for Defendants* |
| 6 | | *QORE4 LLC and JOSEPH N. MULLIS* |

Dated: October 29, 2025

GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP

By:*/s/ Emil Petrossian*
Emil Petrossian
Alexander R. Miller
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel: (619) 765-4380
epetrossian@glaserweil.com
amiller@glaserweil.com

Robert Haney, Jr. (Admitted *Pro Hac Vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 812-0399
rhaney@foleyhoag.com

Leah Rizkallah (Admitted *Pro Hac Vice*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
lrizkallah@foleyhoag.com

*Attorneys for Plaintiff*
*NEOLOGY, INC.*

**ATTESTATION OF E-FILED SIGNATURES**

    I, Nicholas S. Kawuka, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation to Extend Time to Respond to the Complaint. In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all counsel whose signatures are shown above have concurred in this filing.

                              */s/ Nicholas S. Kawuka*
                              Nicholas S. Kawuka
                              Attorney for Defendants
                              E-mail:nkawuka@swlaw.com