UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, QORE4 LLC, and DOES 1 to 20,<br><br>                              Defendants. | Case No.: 3:25-cv-01744-JES-MSB<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION EXTENDING TIME TO RESPOND TO COMPLAINT** |

The parties' Joint Stipulation and Motion for Extension of Time to File Answer to Complaint, ECF No. 27, is **GRANTED** in part and **DENIED** in part. For purposes of clarity and because this motion is the parties' fourth motion to extent time (see ECF Nos. 12, 14, 18), the Court declines to set a conditional briefing schedule and instead sets a briefing schedule based upon the Federal Rules of Civil Procedure and local rules. It is hereby **ORDERED**:

1. Defendants **SHALL** respond to the expedited discovery by November 5, 2025, 15 days after Plaintiffs served the expedited discovery. *See* ECF No. 27 at 3.

2. Plaintiff **SHALL** file an amended complaint, if any, by December 5, 2025, thirty days after Defendants' response.

3. Defendants **SHALL** respond to the then-operative complaint by December 19, 2025.

**IT IS SO ORDERED**.

Dated:  November 3, 2025

Honorable James E. Simmons Jr.
United States District Judge