Nicholas S. Kawuka, Bar No. 297579
nkawuka@swlaw.com
SNELL & WILMER L.L.P.
3611 Valley Centre Drive, Suite 500
San Diego, California 92130-3324
Telephone: 858.434.5020
Facsimile: 858.434.5006

Attorneys for Defendants
QORE4 LLC and Joseph N. Mullis

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 25CV1744 JES (BJW)<br><br>**DEFENDANTS QORE4 LLC AND JOSEPH N. MULLIS' NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE UNDER CAL. CIV. PROC. § 425 AND FED. R. CIV. P. 12(f) AND MOTION TO DISMISS UNDER FED. R. CIV. L. 12(b)(6)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; and Declaration of Nicholas S. Kawuka]*<br><br>Date: January 28, 2026<br>Time: 9:00 a.m.<br>Courtroom: 4B<br><br>Complaint Filed: July 8, 2025<br>Trial Date: None Set |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on January 28, 2026 at 9:00 a.m. in Courtroom 4B of the above-titled court, Defendants QORE4 LLC and Joseph N. Mullis ("Defendants") will, and hereby move the Court (the "Motion") for an order in favor of Defendants and against Plaintiff Neology, Inc. ("Plaintiff"):

1. Striking under California Code of Civil Procedure § 425.16 (anti-SLAPP) the causes of action in the First Amended Complaint (Dkt. 31) that arise from Defendants' protected petitioning and public-issue speech, at minimum, Counts IV, V, VI, and VII, and/or striking the protected-activity allegations within;

2. Striking under Federal Rule of Civil Procedure 12(f) any immaterial, impertinent, or scandalous matter including allegations that attempt to impose tort liability or damages based on lawful petitioning activity and requiring Plaintiff to replead, if leave is granted;

3. Dismissing under Federal Rule of Civil Procedure 12(b)(6) Counts I through VII of the First Amended Complaint (Dkt. 31), in whole or in part, for failure to state a claim;

4. Awarding Defendants their attorneys' fees and costs as prevailing defendants under California Code of Civil Procedure § 425.16(c)(1); and

5. Granting such other and further relief as the Court deems just.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action (including Dkt. 31), any concurrently filed Request for Judicial Notice, the Declaration of Nicholas S. Kawuka as well as any declarations and exhibits submitted in support of this Motion, and upon such argument and evidence as may be presented at the hearing.

Dated: December 17, 2025

SNELL & WILMER L.L.P.

By: _____

Nicholas S. Kawuka
Attorneys for Defendants
QORE4 LLC and Joseph N. Mullis