# EXHIBIT A

**From:** Consumer Protection Advocates <consumerprotectionadvocates7@gmail.com>
**Date:** March 11, 2025 at 11:03:47 AM PDT
**To:** Ask.Investigations@dot.ca.gov, CBiemeret@bart.gov, info@metro-oig.net, customers@octa.net, clerkoffice@octa.net, info@rctc.org, info@gosbcta.com, bridgecomments@goldengate.org
**Cc:** Bradley Feldmann <bfeldmann@neology.net>, Joerg Zirener <Joerg.Zirener@oneequity.com>, Andrew Dunn <andrew.dunn@oneequity.com>
**Subject: Urgent Concern Regarding Flip Bit Issue in California Toll Transponders & Call for Immediate Action**

Dear Internal Audit, Compliance, and Investigative Oversight Teams,

We are writing to bring to your attention a critical technical flaw affecting tolling operations and consumer billing across California's toll road systems. This issue demands immediate investigation and corrective action to ensure transparency, accountability, and consumer protection.

The Flip Bit Issue & Its Impact on Consumers

Several California toll agencies utilize toll transponders supplied by Neology, whose technology is based on an outdated RFID integrated circuit (IC) developed in 2008 by Alien Technology—a Chinese-owned company with manufacturing ties to China. This legacy technology lacks built-in flip bit detection and correction, creating a serious vulnerability in toll transaction accuracy.

When a toll reader scans a transponder, a flipped bit can misrecord the transaction, assigning it to the wrong account—potentially resulting in unnoticed billing errors for consumers. If the bit flips again, the error may self-correct, making it difficult to trace and quantify the financial impact on drivers. This flaw jeopardizes consumer trust and creates potential financial losses that taxpayers unknowingly bear.

A report on this issue was recently circulated among the 6C Coalition, of which many California toll agencies are members. Many agencies have since transitioned to modern RFID ICs that eliminate this problem through built-in flip bit detection and correction—a

1

technological advancement that ensures reliable tolling operations and protects consumers from erroneous charges.

## Bringing Transparency & Resolution

To bring immediate resolution and transparency to this issue, we have engaged in discussions with other consumer protection organizations and will be formally escalating this matter to:

- State Oversight & Regulatory Bodies responsible for transportation integrity
- The Governor's Office & California Attorney General, given the potential impact on consumer rights and fair billing practices
- Key State Legislators, particularly those on transportation and consumer protection committees
- Media & Public Awareness Campaigns to ensure Californians are informed of this issue and their rights

## Why This Issue Must Be Addressed

Given that Neology remains the only vendor still supplying this outdated technology, there is no justifiable reason why California toll agencies should continue to rely on RFID ICs that do not meet modern industry standards—especially when viable, tested solutions are readily available. Neology has a history of innovation and should be fully capable of developing transponders with updated safeguards.

## Recommended Actions

- Mandate the transition to modern RFID transponders with built-in flip bit detection and correction to eliminate this issue.
- Engage with all transponder vendors—including Neology—to push for updated technology that aligns with current industry standards and consumer protection expectations.

## A Matter of Consumer Protection & Public Trust

California taxpayers and toll road users deserve transparency and accuracy in electronic toll transactions. This issue has persisted for far too long, and agencies must take proactive steps to ensure fair and accountable tolling operations.

We urge immediate action to ensure transparency, accountability, and the integrity of California's tolling systems, safeguarding taxpayers and toll users from financial harm caused by faulty technology.

Sincerely,
Consumer Protection Advocates