# EXHIBIT B


# Tackling RFID Chipset Bit Flip Data Integrity Challenges in Transportation Systems

APRIL 28, 2025

## What is bit flip in a toll tag and am I being mischarged when I drive on toll roads?

### Introduction

Radio-Frequency Identification (RFID) technology has revolutionized the transportation industry, enabling efficient registration and road-use payments for commercial and personal vehicles. However, one challenge that transportation agencies sometimes face is the issue of bit flip data integrity in RFID chipsets. This blog post explores the nature of a bit flip and the solutions available to ensure bit flip integrity issues don't result in incorrect charges for road-users.

### Understanding Bit Flip Data Integrity Challenges

Bit flip refers to the phenomenon where a bit in the data stored on an RFID chipset changes from 0 to 1 or vice versa due to external factors such as electromagnetic interference or radiation[1]; hardware faults; deterioration; tampering; or age. Though the occurrence is infrequent, these factors can lead to data corruption, resulting in inaccurate vehicle classification[2], or account mischarging, which ultimately create operational inefficiencies for agencies and break down road-user trust.

### Impact on Transportation Systems

For transportation agencies, maintaining data integrity is crucial for the smooth operation of toll collection, revenue generation, and traffic management. Bit flip issues can disrupt these processes, leading to misidentification of vehicles or accounts which can result in incorrect or missed toll charges. Reliable, accurate systems are essential for maintaining road-user trust in toll road systems and confidence that when they drive on toll roads, they're billed accurately every time.

The good news is the potential for bit flips in RFID toll tags has been studied by chip manufacturers, tolling agencies, and toll industry consortia for over ten years. It's been found to be so rare, that no U.S. tolling agency or toll industry certification consortium has mandated the requirement for bit flip correction in its RFID tag standards. However, that's not stopping agencies, operators, and toll tag manufacturers from pursuing innovative solutions to bring the rate of possible bit flip occurrence down to 0%.

### Innovative Solutions to Address Bit Flip Challenges

1. **Advanced Error Detection and Correction Algorithms:** Implementing sophisticated algorithms that can detect and correct bit flip errors in real-time. These algorithms enhance the reliability of RFID systems by ensuring data accuracy.[3] Neology's next generation of neoTag™ RFID toll tags uses these advanced algorithms for error detection and correction.
2. **Enhanced RFID Chipset Design:** Developing RFID chipsets with improved resistance to electromagnetic interference and radiation. These chipsets are designed to minimize the occurrence of bit flips, thereby maintaining data integrity.[4]
3. **Regular System Audits and Maintenance:** Conducting regular audits and maintenance of RFID systems to identify and rectify potential bit flip occurrences. This proactive approach helps in preventing data corruption and ensuring smooth operation.
4. **Integration of Blockchain Technology:** Utilizing blockchain to create a secure and immutable record of RFID data. Blockchain's decentralized nature ensures that any data corruption due to bit flips can be easily detected and corrected.
5. **Collaborative Efforts and Research:** Partnering with technology providers, like Neology, and research institutions to develop innovative solutions for RFID data integrity challenges. Collaborative efforts lead to the development of cutting-edge technologies that enhance the reliability of transportation systems.

### Conclusion

The Bit flip data integrity challenge in RFID chipsets is a known issue across all users of RFID technology, with infrequent occurrences in tolling applications. However, through innovative solutions and collaborative efforts, transportation agencies are successfully mitigating these issues. By adopting advanced technologies and proactive strategies, they're creating more reliable and efficient transportation systems for road-users.

Sources:

1. https://strobes.co/blog/protect-rfid-systems-detect-hacking-risks/
2. https://www.cs.fsu.edu/~burmeste/133.pdf
3. https://lowrysolutions.com/blog/the-impact-of-rfid-on-the-future-of-transportation-logistics/
4. https://lowrysolutions.com/blog/top-challenges-in-rfid-implementation-and-using-an-rfid-system/

### About Neology

Neology, Inc. is a global technology company headquartered in Carlsbad, California, with manufacturing and operations facilities in North America, Latin America, Europe, and Asia Pacific. We're partnering with our customers to [re]imagine mobility by combining Artificial Intelligence with state-of-the-art tolling, automated vehicle identification and classification, data processing, and digital payment systems – all delivered with superior service. It's our mission to help communities around the world enhance mobility, increase sustainability, improve safety, and generate increased revenue.

**Media Contact:** Darci Van Meter, Director Marketing & Communications | dvanmeter@neology.com


Neology is partnering with customers to help our communities enhance
mobility, increase sustainability, improve safety, and generate increased
revenue.

| NEOLOGY HQ | EMEA | LATAM |
| --- | --- | --- |
| 1917 Palomar Oaks Way | Unit 2, Moorside Place | Lago Zurich 219 |
| Suite 110 | Moorside Road | Piso 10 11529 |
| Carlsbad, CA 92008 | Winchester, Hampshire SO23 7FX, | Ciudad de Mexico |
| USA | United Kingdom | Mexico |

©2025. All Rights Reserved.        Cookies   Privacy   Terms   Supplier Code of Conduct
                                   UK Exclusive Payment Terms   Disclaimer          Handcrafted by &
                                   Transparency in Coverage   Opt-out preferences
                                   LATAM ESG   Third Party Info Security
                                   Carbon Reduction Plan