Nicholas S. Kawuka, Bar No. 297579
nkawuka@swlaw.com
SNELL & WILMER L.L.P.
3611 Valley Centre Drive, Suite 500
San Diego, California 92130-3324
Telephone: 858.434.5020
Facsimile: 858.434.5006

Attorneys for Defendants
QORE4 LLC and Joseph N. Mullis

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MULLIS, an individual; QORE4 LLC, a Nevada limited liability company; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 25CV1744 JES (BJW)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**(Cal. Civ. Proc. Code § 425.16(c)(1))**<br><br>*[Filed concurrently with the Memorandum of Points and Authorities, and Declaration of Nicholas S. Kawuka]*<br><br>Date: September 30, 2026<br>Time: 11:00 AM<br>Courtroom: 4B<br>Judge: Hon. James E. Simmons, Jr.<br>Magistrate Judge: Brian J. White<br><br>Complaint Filed: July 8, 2025<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 30, 2026 at 11:00 a.m. as soon as the matter may be heard upon Court order in the United States District Court for the Southern District of California, 221 West Broadway, Courtroom 4B, San Diego, CA 92101, before the Honorable James E. Simmons, Jr., Defendants Joseph N.

Mullis and QORE4 LLC (collectively, "Defendants"), as the prevailing party on their Special Motion to Strike (Dkt. 34) and pursuant to the Court's August 19, 2026 Order granting in part the Special Motion to Strike (Dkt. 39), will and hereby do move for attorneys' fees in the amount of $ 63,720.00 and costs in the amount of $386.90 (and such other fees related to this motion) pursuant to California Code of Civil Procedure section 425.16(c)(1).

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Nicholas S. Kawuka in support of the Motion, upon any such further arguments that the Court may request, and upon the complete files and records of this action.

This Motion is made following the conference of counsel that took place on September 1, 2026.

Dated: September 2, 2026

SNELL & WILMER L.L.P.

By: /s/Nicholas S. Kawuka
Nicholas S. Kawuka
Attorneys for Defendants
QORE4 LLC and Joseph N. Mullis

SNELL & WILMER
L.L.P.
LAW OFFICES
3611 VALLEY CENTRE DRIVE, SUITE 500
SAN DIEGO, CALIFORNIA 92130

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

*/s/ Nicholas S. Kawuka*
Nicholas S. Kawuka